JOHN J. TALLEY et al., as Executors of JOHN J. TALLEY, Deceased, Respondents, *v.* JAMES EVERARD'S BREW-ERIES, Appellant.

*Talley* v. *Everard's Breweries*, 148 App. Div. 915, affirmed.
(Submitted March 5, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover rent and damages arising from an alleged breach of the conditions of a lease.

*David M. Neuberger* for appellant.

*Alfred J. Talley* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.